UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FRANK CACCAVO,
by Agent-in-Fact LAURIE CACCAVO
        Plaintiff,

    -against-

RELIANCE STANDARD LIFE
INSURANCE COMPANY,

        Defendant.
------------------------------------------------------------X



**ORDER**

19-CV-6025 (LTS)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    In connection with the telephonic status conference scheduled to be held on December 10, 2019, at 10:00 a.m., all counsel are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated: New York, New York
       December 9, 2019

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE