UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
FRANK CACCAVO,

                     Plaintiff,          19 **CIVIL** 6025 (KMW)

        -against-               **JUDGMENT**

RELIANCE STANDARD LIFE INSURANCE
COMPANY,

                    Defendant.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 18, 2021,

1. Defendant's motion for summary judgment is GRANTED.
2. Plaintiff's motion for summary judgment is DENIED. Plaintiff's request for oral argument also is DENIED.
3. Judgment is entered in favor of Defendant, and this case is closed.

**Dated:** New York, New York
         May 19, 2021

                                       **RUBY J. KRAJICK**

                                       **Clerk of Court**
                 **BY:**
                                       **Deputy Clerk**