UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

FRANK CACCAVO,

                Plaintiff,

    -against-

RELIANCE STANDARD LIFE INSURANCE
COMPANY,

                Defendant.

---------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/1/21_____

19-CV-6025 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    Defendant Reliance Standard Life Insurance Company has filed a motion for attorneys' fees and costs. (ECF No. 45.) It is hereby ORDERED that:

1. Plaintiff may file an opposition to Defendant's motion on or or before June 18, 2021.

2. Defendant may file a reply on or before June 25, 2021.

SO ORDERED.

Dated: New York, New York
       June 1, 2021

                                                */s/ Kimba M. Wood*
                                                KIMBA M. WOOD
                                            United States District Judge