```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
FRANK CACCAVO,

                        Plaintiff,

        -against-                                          19-CV-6025 (KMW)

RELIANCE STANDARD LIFE INSURANCE                           **ORDER**
COMPANY,

                        Defendant.
--------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/7/21_____

KIMBA M. WOOD, United States District Judge:

On May 18, 2021, the Court granted Defendant Reliance Standard Life Insurance Company's motion for summary judgment and denied Plaintiff's cross-motion for summary judgment. (ECF No. 43.) On May 19, 2021, the Clerk of Court entered judgment in favor of Defendant. (ECF No. 44.)

On May 28, 2021, Defendant Reliance Standard Life Insurance Company filed a motion for attorneys' fees and costs, and the Court set a briefing schedule in connection with that motion. (ECF Nos. 45, 47.)

On June 3, 2021, Plaintiff filed a notice of appeal of the Court's May 18, 2021 Opinion & Order. (ECF No. 48.) On June 7, 2021, in light of the pending appeal, Plaintiff filed a motion to stay all post-judgment proceedings or, in the alternative, to defer consideration of Defendant's motion for attorneys' fees. (ECF No. 49.)

It is hereby ORDERED that:

1. By June 18, 2021, Defendant shall file a response to Plaintiff's motion to stay.

2. Pending resolution of Plaintiff's motion to stay, the briefing schedule in connection with Defendant's motion for attorneys' fees is adjourned *sine die*.

SO ORDERED.

Dated: New York, New York
June 7, 2021

*/s/ Kimba M. Wood*
KIMBA M. WOOD
United States District Judge